1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8
   **AMANDA L. OSBURN**  )   Case No. 12- CV-2875 AC
9  **xxx-xx-4383**       )
                         )
10                       )
                         )
11                       )   **STIPULATIONAND PROPOSED**
                         )   **ORDER EXTENDING PLAINTIFF'S**
12      **Plaintiff,**   )   **TIME TO FILE SUMMARY**
                         )   **JUDGEMENT MOTION**
13 v.                    )
                         )
14 **CAROLYN W. COLVIN** )
15 **Acting Commissioner of Social Security** )
   **of the United States of America,** )
16                       )
                         )
17      **Defendant.**   )
18                       )
                         )
19 ─────────────────────

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file her summary judgment motion is hereby extended from June 3, 2013, to June

22 28, 2013, and that Defendant's brief will be due July 29, 2013.  Plaintiff's counsel has five other

23 briefs due within the same seven day period and needs to extend the due date for this summary

24 judgment motion. This is Plaintiff's first requested extension on this case.

25 / / / /

26 / / / /
27
28 / / / /

1

| | |
|---|---|
| Dated: May 28, 2013 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: May 28, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/Timothy Bolin |
| | TIMOTHY BOLIN |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 28, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE