1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
Attorneys for Plaintiff
5

6 | **IN THE UNITED STATES DISTRICT COURT**

7 | **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| **AMANDA L. OSBURN** ) | Case No. 12- CV-2875 AC |
| **xxx-xx-4383** ) | |
| ) | |
| ) | |
| ) | **STIPULATIONAND PROPOSED** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| **v.** ) | |
| ) | |
| **CAROLYN W. COLVIN** ) | |
| **Acting Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 3, 2013, to June 28, 2013, and that Defendant's brief will be due July 29, 2013.   Plaintiff's counsel has five other briefs due within the same  seven day period and needs to extend the due date for this summary judgment motion.  This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: May 28, 2013 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: May 28, 2013 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | Donna L. Calvert |
| | | Acting Regional Chief Counsel, Region IX |
| 8 | | Social Security Administration |

/s/Timothy Bolin

TIMOTHY BOLIN

Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 28, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2