BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANDA L. OSBURN** )<br>**xxx-xx-4383** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CAROLYN W. COLVIN** )<br>**Acting Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>)<br>)<br>_____ ) | **Case No. 12- CV-2875 AC**<br><br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

Plaintiff's time to file her summary judgment motion is hereby extended from June 28,  2013, to

July, 16, 2013,  and that Defendant's brief will be due August 17, 2013.   Plaintiff's counsel needs

an this additional extension because she fell behind while out of the office due to the death of a

friend.

/ / / /

/ / / /

/ / / /

1  Dated:June 28, 2013                    */s/Bess M. Brewer*

2                                         BESS M. BREWER

                                          Attorney at Law
3                                         Attorney for Plaintiff

4

5  Dated: June 28, 2013                   Benjamin B. Wagner

6                                         United States Attorney

                                          Donna L. Calvert
7                                         Acting Regional Chief Counsel, Region IX

8                                         Social Security Administration

9
                                          */s/Timothy Bolin*
10
                                          TIMOTHY BOLIN
11
                                          Special Assistant United States Attorney
12                                        Attorneys for Defendant

13

14

15                                        **ORDER**

16

17

18  APPROVED AND SO ORDERED.

19
    DATED: July 1, 2013
20

21

22                                        _____

23                                        ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                          2