1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **EASTERN DISTRICT OF CALIFORNIA**

8
   **AMANDA L. OSBURN**          )      Case No. 12- CV-2875 AC
9  **xxx-xx-4383**               )
                                 )
10                               )
                                 )
11                               )      **STIPULATION AND PROPOSED**
                                 )      **ORDER EXTENDING PLAINTIFF'S**
12        **Plaintiff,**         )      **TIME TO FILE SUMMARY**
                                 )      **JUDGMENT MOTION**
13 **v.**                        )
                                 )
14 **CAROLYN W. COLVIN**         )
15 **Acting Commissioner of Social Security** )
   **of the United States of America,** )
16                               )
                                 )
17        **Defendant.**         )
                                 )
18                               )
19 _____)

20       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file her summary judgment motion is hereby extended from June 28, 2013, to

22 July, 16, 2013, and that Defendant's brief will be due August 17, 2013.  Plaintiff's counsel needs

23 an this additional extension because she fell behind while out of the office due to the death of a

24 friend.

25 / / / /

26 / / / /
27
   / / / /
28

                                          1

| | |
|---|---|
| Dated: June 28, 2013 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: June 28, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | */s/Timothy Bolin* |
| | TIMOTHY BOLIN |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 1, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2